ACCEPTED
12-14-00269-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/9/2015 2:31:20 PM
Pam Estes
CLERK



# Allen W. Ross

### Attorney & Counselor at Law

PO Box 528 ~ Jacksonville, TX 75766
903.589.7852 (voice)
866.576.5317 (fax)
allen@arossatty.com

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/9/2015 2:31:20 PM
PAM ESTES
Clerk

**VIA CERTIFIED MAIL, RETURN RECEIPT NO. 7014 0510 0002 2996 6778**
Mr. Rafael Villegas
TDCJ-ID 01951219
3001 South Emily Drive
Beeville, Texas 78102

  **Re:**  **Cause No. 12-14-00269-CR**
      **Trial court Case No. 18,769**
      **Rafael Villegas v. The State of Texas**

Dear Mr. Rafael:

Enclosed is a copy of the Judgment and Opinion issued by the Twelfth Court of Appeals in Tyler, Texas in this cause. Please be informed that the Court of Appeals has affirmed the decision of the trial court below.

Pursuant to Rule 48.4 of the Texas Rules of Appellate Procedure you have the right to file a pro se Petition for Discretionary Review in the Texas Court of Criminal Appeals. This petition must be filed within 30 days after the issuance of the Court of Appeals' opinion (or within 30 days after the Court of Appeals denies a motion for rehearing, if one is filed).

**THEREFORE, IF YOU WISH TO CONTINUE THE APPEAL, YOU WILL NEED TO FILE A PETITION FOR DISCRETIONARY REVIEW.** You will need to file the petition and all copies of the petition with the Court of Appeals. The address for the Court of Appeals is as follows:

12th Court of Appeals
1517 W. Front Street #354
Tyler, Texas 75702

Their telephone number is (903) 593-8471. Their telefax number is (903) 593-2193.

The address for the Court of Criminal Appeals is as follows:

Texas Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

Their telephone number is (512) 463-1551.

You may also request the Court of Criminal Appeals to extend the time to file a petition, but only if you request it within fifteen (15) days after the date the court issues an opinion on the request for rehearing.

A Petition for Discretionary Review must be as brief as possible. It must be addressed to the "Court of Criminal Appeals of Texas" and must state your name as the party applying for review. It must also contain the following:

1. A "**Table of Contents**" with references to the pages of the petition and must indicate the subject matter of each ground or question presented for review.

2. An "**Index of Authorities**" arranged alphabetically and indicating the pages of the petition where the authorities are cited.

3. A "**Statement Regarding Oral Argument**" explaining why oral arguments would be helpful or that such arguments are waived.

4. A "**Statement of the Case**" briefly describing the nature of the case.

5. A "**Statement of the Procedural History**" providing:

   a. the date any opinion of the Court of Appeals was issued;
   b. The date of the filing of the motion for rehearing; and,
   c. The date the motion for rehearing was denied.

6. The "**Grounds for Review**" for which you are requesting review, separately numbered.

7. The "**Reasons for Review**" providing a concise and direct argument, with supporting authorities, as to why the court should review your case.

8. A "**Prayer for Relief**" clearly stating what relief you are seeking; and,

9. An "**Appendix**" containing a copy of the opinion of the Court of Appeals.

The petition must be no longer than fifteen (15) pages, exclusive of the Table of Contents, Index of Authorities, Statement Regarding Oral Arguments, Statement of the Case, Statements of Procedural History and the Appendix.

The State has the right to petition for review if the Court of Appeals grants the relief you request. IF THIS OCCURS, YOU MAY BE ELIGIBLE FO RELEASE ON BAIL WHILE THE STATE SEEKS DISCRETIONARY REVIEW. The amount of bail is determined by the Court of Criminal Appeals upon your filing a motion requesting same.

You should also be aware that if you are not incarcerated for this offense and you received a term of years of confinement as a part of your sentence, a warrant will likely be issued soon for your arrest. You probably want to maintain contact with the Cherokee County Sheriff's Department for the warrant status so that you can turn yourself in and avoid an inconvenient arrest. If you received probation, you should contact the Community Supervision Department at 903.683.6540 as soon as possible.

**I AM NOT AUTHORIZED TO REPRESENT YOU IF YOU CHOOSE TO FILE A PETITION FOR DISCRETIONARY REVIEW**. Our records indicate that we have already forwarded to you the: (1) the Clerk's Record; (2) six (6) volumes of the Reporter's Record; (3) the Appellant's Brief; and (4) the Appellee's brief.

I regret that we were unsuccessful in your appeal, and I wish you the best of luck in the future.

Very Truly Yours,

ALLEN W. ROSS

# NO. 12-14-00269-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *RAFAEL VILLEGAS,* *APPELLANT* | § | *APPEAL FROM THE 2ND* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *CHEROKEE COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

Rafael Villegas appeals his conviction for aggravated sexual assault of a child. Appellant's counsel filed a brief asserting compliance with *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967) and *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). We affirm.

## BACKGROUND

A Cherokee County grand jury indicted Appellant for the offense of aggravated sexual assault of a child. Appellant pleaded "not guilty" and a jury trial was held. Ultimately, the jury found Appellant "guilty" of the offense and assessed his punishment at life in prison. This appeal followed.

## ANALYSIS PURSUANT TO *ANDERS V. CALIFORNIA*

Appellant's counsel has filed a brief in compliance with *Anders* and *Gainous*. Counsel states that he has reviewed the appellate record and that he is unable to find any reversible error or jurisdictional defects. In compliance with *Anders*, *Gainous*, and *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978), counsel's brief presents a thorough chronological summary of the procedural history of the case and further states why counsel is unable to present any arguable

issues for appeal.[1] *See Anders*, 386 U.S. at 745, 87 S. Ct. at 1400; **Gainous**, 436 S.W.2d at 138; *see also* **Penson v. Ohio**, 488 U.S. 75, 80, 109 S. Ct. 346, 350, 102 L. Ed. 2d 300 (1988).

We have considered counsel's brief and conducted our own independent review of the record. We found no reversible error. *See* **Bledsoe v. State**, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005).

## CONCLUSION

As required, Appellant's counsel has moved for leave to withdraw. *See **In re Schulman***, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008) (orig. proceeding); **Stafford v. State**, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991) (en banc). We are in agreement with Appellant's counsel that the appeal is wholly frivolous. Accordingly, we grant his motion for leave to withdraw, and affirm the judgment of the trial court. *See* TEX. R. APP. P. 43.2(a).

As a result of our disposition of this case, Appellant's counsel has a duty to, within five days of the date of this opinion, send a copy of the opinion and judgment to Appellant and advise him of his right to file a petition for discretionary review. *See* TEX. R. APP. P. 48.4; ***In re Schulman***, 252 S.W.3d at 411 n.35. Should Appellant wish to seek review of this case by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review on his behalf or he must file a petition for discretionary review pro se. Any petition for discretionary review must be filed within thirty days after either the date of this court's judgment or the date the last timely motion for rehearing was overruled by this court. *See* TEX. R. APP. P. 68.2(a). Any petition for discretionary review must be filed with the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3(a). Any petition for discretionary review should comply with the requirements of Texas Rule of Appellate Procedure 68.4. *See **In re Schulman***, 252 S.W.3d at 408 n.22.

Opinion delivered September 2, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

## (DO NOT PUBLISH)

---

[1] Counsel states in his motion to withdraw that he provided Appellant with a copy of his brief. Appellant was given time to file his own brief in this cause. The time for filing such brief has expired, and we have received no pro se brief.



# COURT OF APPEALS

## TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

## JUDGMENT

SEPTEMBER 2, 2015

NO. 12-14-00269-CR

**RAFAEL VILLEGAS,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 2nd District Court

of Cherokee County, Texas (Tr.Ct.No. 18,769)

THIS CAUSE came to be heard on the appellate record and brief filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below **be in all things affirmed**, and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*

# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**



| | | |
|---|---|---|
| Postage | $ | 1 |
| Certified Fee | | 2.45 |
| Return Receipt Fee (Endorsement Required) | | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.96 |

Postmark Here

SEP 18

**Sent To** TDCJ-C/O Rafael Villegas #01951219

**Street, Apt. No.; or PO Box No.** 3001 S. Emily Dr.

**City, State, ZIP+4** Beeville, Texas 78102

7014 0510 0002 2996 6778

PS Form 3800, August 2006      See Reverse for Instructions